JUDGE KOELTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    - v. -                    :    INDICTMENT

ROY FORD,                         :    07 Cr. 721

    Defendant.                :

- - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

On or about July 3, 2007, in the Southern District of New York and elsewhere, ROY FORD, the defendant, unlawfully, willfully, knowingly, and with knowledge and reasonable cause to believe that an offense punishable by imprisonment for a term exceeding one year was to be committed therewith, did transport a firearm in interstate commerce, to wit, FORD did transport a gun from New Haven, Connecticut to Bronx, New York, for the purpose of selling the gun to a drug dealer who told FORD that he needed the gun to resolve a dispute with a narcotics supplier.

(Title 18, United States Code, Section 924(b).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ROY FORD,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 924(b).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Katherine U. Brooks*
Foreperson.

8-3-07 Filed Indictment. Case assigned to
Judge. Koeltl

Pitman
U.S.M.J