AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

<u>    SOUTHERN    </u>   DISTRICT OF   <u>    NEW YORK    </u>

**APPEARANCE**

v.

Case Number:

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    I certify that I am admitted to practice in this court.

Date

Signature

Print Name            Bar Number

Address

City      State      Zip Code

Phone Number      Fax Number