# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
against

Roy Ford

(Alias)

Please PRINT Clearly

07 cr 721 (JGK)

DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

## NOTICE OF
## APPEARANCE

TO:   **CLERK OF COURT S.D.N.Y.**

SIR:   YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS  (Please check one)

1. [   ] CJA   2. [   ] RETAINED   3. [✓] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [   ] NO   [✓] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO._____ YR. 2004

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE ____New York____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES  FOR THE SOUTHERN  AND EASTERN DISTRICTS OF NEW YORK.

DATED:  NEW YORK,  NEW YORK

SIGNATURE _____
PRINT THE FOLLOWING INFORMATION CLEARLY

Peter Tsapatsaris
Attorney for Defendant

Federal Defenders of New York
Firm name if any

52 Duane St   10th Fl.
Street address

New York   NY   10007
City         State      Zip

212  417  8713
Telephone No



NOTE:  PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186