UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

     - against -

ROY FORD,

          Defendant.

---

07 Cr. 721 (JGK)

SPEEDY TRIAL ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on **November 16, 2007** at **11:00 a.m.**

At the hearing held on September 28, 2007, the court prospectively excluded the time from **September 28, 2007** to **November 16, 2007**, and now confirms that exclusion. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
          October 18, 2007

                                       John G. Koeltl
                                United States District Judge