UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -

ROY FORD,

              Defendants.

07 Cr. 721 (JGK)

SPEEDY TRIAL ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on **December 14, 2007 at 3:30 p.m.**

Because an adjournment is needed to allow for the transition among defense counsel and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **November 16, 2007, 2007,** until **December 14, 2007** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
            November 16, 2007

                                    John G. Koeltl
                               United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07