```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------

UNITED STATES OF AMERICA,

    - against -                    07 Cr. 721 (JGK)

ROY FORD,                         <u>SPEEDY TRIAL ORDER</u>

                Defendants.

-----------------------------------

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on **December 14, 2007** at **3:30 p.m.**

Because an adjournment is needed to allow for the transition among defense counsel and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **November 16, 2007, 2007,** until **December 14, 2007** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:   New York, New York
        November 16, 2007

                                       _____
                                          John G. Koeltl
                                     United States District Judge