Case 1:07-cr-00721-JGK   Document 16   Filed 12/17/2007   Page 1 of 1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA
```
                      07 cr 721 (JGK)

    -against-

                      **SPEEDY TRIAL ORDER**

ROY FORD,

            Defendant.
------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Friday, January 11, 2008 at 2:30pm** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **January 11, 2008** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

                                  JOHN G. KOELTL
                                UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       December 14, 2007