```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA
                                                              07 cr 721 (JGK)
              -against-
                                                              SPEEDY TRIAL ORDER
ROY FORD,
                            Defendant.
------------------------------------------------------------X
```

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Friday, February 22, 2008 at 3:00pm** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **February 22, 2008** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       February 1, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/1/2008