```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -                                  07 Cr. 721 (JGK)

ROY FORD,                                    SPEEDY TRIAL ORDER

                     Defendants.

---

JOHN G. KOELTL, District Judge:

    Because an adjournment is needed to allow the parties to discuss a disposition short of trial and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **February 26, 2008**, until **April 4, 2008** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).


SO ORDERED.

Dated:    New York, New York
         February 26, 2008

                                             John G. Koeltl
                                             United States District Judge