UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

        -against-

ROY FORD,

                                    Defendants.
-------------------------------------------------------------X

07 cr 721 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Friday, May 9, 2008 at 10:30am** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **May 9, 2008** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

                                                                        JOHN G. KOELTL
                                                         UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       April 3, 2008