```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

        -against-

ROY FORD,

                                  Defendant.
-------------------------------------------------------------X

07 cr 721 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

      The parties are directed to appear for a conference on **Friday, June 27, 2008 at 11:00am** before the Honorable John G. Koeltl.

      The Court prospectively excludes the time from today until **June 27, 2008** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

                                                          /s/ J. Koeltl
                                             _____
                                             JOHN G. KOELTL
                                             UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         May 8, 2008