UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

                    -against-

ROY FORD,
                                  Defendant.
-------------------------------------------------------------X

07 cr 721 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Friday, August 29, 2008 at 11:00am** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **August 29, 2008** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

                                                      _____
                                                      JOHN G. KOELTL
                                                      UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         August 1, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/2008